COLEMAN LAW FIRM, P.C.

RONALD D. COLEMAN
973 264 9611
RCOLEMAN@COLEMANLAW-PC.COM
1430 BROADWAY | NEW YORK NY 10018

Admitted in New York and New Jersey

October 5, 2026

MEMO ENDORSED

***VIA ECF***

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *SPA Clinic LLC v. Acne Solutions NYC Inc, et al.*, No. 1:26-cv-05148 (KPF)
**Consent request to adjourn the October 7, 2026 pre-motion conference**

Dear Judge Failla:

We represent defendant Acne Solutions NYC Inc and write to request, on consent, that the pre-motion conference scheduled for Wednesday, October 7, 2026 at 11:00 a.m. (Dkt. 41) be adjourned to Thursday, October 15, 2026 at 11:00 a.m., or to any other date and time convenient to the Court.

The reason is a trial conflict. Jury selection in *Webster v. Moroney*, No. 3:24-cv-08043 (ZNQ), begins Tuesday, October 6, 2026 at 9:00 a.m. before Judge Kirsch in the District of New Jersey, and the trial is expected to continue through Friday, October 9. The undersigned is trial counsel. Although the conference in this matter is telephonic, I expect to be in the courtroom in Trenton at the hour it is scheduled, and I cannot commit in advance to the timing of any recess.

Counsel for plaintiff consents. Mr. Rovini advised on October 1, 2026 that he is unavailable on October 13 because of another court appearance, that he is available on October 15, and that plaintiff consents to the adjournment to that date at the same hour. Defendants Mind Marketing Digital Agency and Dmytro Skrynskyi have not appeared, and the docket does not reflect service of the amended complaint upon them.

This is defendant's first request for an adjournment of this conference. The conference was originally scheduled for September 18, 2026 (Dkt. 20) and was adjourned by the Court to October 7, 2026 in connection with its order granting plaintiff leave to amend (Dkt. 26). No other dates would be affected by the requested adjournment. We thank the Court for its consideration.

Respectfully submitted,

Ronald D. Coleman

cc: Alexander Paykin, Esq. (via ECF)
Lorenzo Rovini, Esq. (via ECF)
Joshua Kaplan, Esq. (via electronic mail)

Application GRANTED. The pre-motion conference previously scheduled for October 7, 2026, is hereby ADJOURNED to **October 15, 2026**, at **3:00 p.m.** (not 11:00 a.m., as proposed above).

The Clerk of Court is directed to terminate the pending motion at docket entry 42.

Dated: October 7, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE